IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | CIVIL ACTION NO. 20-3383 |
| v. | |
| EXECUPHARM, INC. and PAREXEL INTERNATIONAL CORP., | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 25th day of February 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 14), Plaintiff's Response (ECF No. 22) and Defendants' Reply (ECF No. 23) as well as Plaintiff and Defendants' Supplemental Briefs (ECF Nos. 25–26), it is hereby **ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum. The **Clerk of Court** shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.