### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>EXECUPHARM, INC., and<br>PAREXEL INTERNATIONAL CORP.<br><br>   Defendants. | Case No.: 2:20-cv-03383-GJP |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jennifer Clemens hereby appeals to the United States Court of Appeals for the Third Circuit from each and every part of the district court's Memorandum and Order (Docs. 27 and 28) entered February 25, 2021, dismissing her Class Action Complaint.

This appeal is made pursuant to 28 U.S.C. § 1291.

Dated: March 16, 2021                Respectfully submitted,

                                     /s/ *Mark S. Goldman*
                                     Mark S. Goldman (PA Bar No. 48049)
                                     **GOLDMAN SCARLATO & PENNY, P.C.**
                                     161 Washington Street, Suite 1025
                                     Conshohocken, Pennsylvania 19428
                                     Telephone: (484) 342-0700
                                     goldman@lawgsp.com

        Norman E. Siegel*
        Barrett J. Vahle*
        J. Austin Moore*
        Caleb J. Wagner*
        **STUEVE SIEGEL HANSON LLP**
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        Telephone: (816) 714-7100
        siegel@stuevesiegel.com
        vahle@stuevesiegel.com
        moore@stuevesiegel.com
        wagner@stuevesiegel.com
        *\*Admitted Pro Hac Vice*

        *Attorneys for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

        By:    /s/ *Mark S. Goldman*
                   *Attorney for Plaintiff*