## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>EXECUPHARM, INC., and<br>PAREXEL INTERNATIONAL CORP.<br><br>                    Defendants. | Case No. 2:20-cv-03383 |

## PROPOSED ORDER

**AND NOW**, this _____ day of November, 2022, upon consideration of the parties'
Joint Motion to Stay Litigation Pending Settlement Discussions (Doc. No. 34), it is **ORDERED**
that the motion is **GRANTED**, and this matter, including all deadlines, is **STAYED** pending
settlement discussions between the parties.

Within 30 days of this Order, the parties must provide the Court with a status update,
including to identify the date and time of the anticipated mediation.

**IT IS SO ORDERED.**

_____
HONORABLE GERALD J. PAPPERT

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EXECUPHARM, INC., and<br>PAREXEL INTERNATIONAL CORP.<br><br>Defendants. | Case No. 2:20-cv-03383 |

## JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS

Plaintiff Jennifer Clemens ("Plaintiff") and Defendants ExecuPharm, Inc. and Parexel International Corp., ("Defendants," and collectively with Plaintiff, the "Parties") respectfully move the Court to stay this action in its entirety and in support show the Court as follows:

1. The Parties are discussing possible resolution of this action;

2. The Parties are working to identify a mutually agreeable mediator and mediation date;

3. In the interim, the Parties are discussing the exchange of information on an informal basis to facilitate the anticipated mediation and possible resolution of this action; and

4. Judicial economy favors a stay of this action while these discussions and the mediation process plays out.  In particular, there is no reason for the Court to devote its time and resources to litigation that may very well be resolved by the Parties.

For these reasons, the Parties respectfully move the Court to stay this action in its entirety, including without limitation Defendants' deadline to submit their reply brief in support of their Motion to Dismiss the Complaint, ECF No. 33, currently set for November 11, 2022.  The Parties

will submit a status report within thirty (30) days to provide the Court with a status update,

including to identify the date and time of the anticipated mediation.

Respectfully submitted,

/s/ Mark S. Goldman
Mark S. Goldman (PA Bar No. 48049)
**GOLDMAN SCARLATO & PENNY, P.C.**
161 Washington Street, Suite 1025
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
goldman@lawgsp.com

Norman E. Siegel*
Barrett J. Vahle*
J. Austin Moore*
Caleb J. Wagner*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com
*Admitted Pro Hac Vice*

***Attorneys for Plaintiff and
the Proposed Classes***

/s/ Mathieu J. Shapiro
Mathieu J. Shapiro (PA Bar No. 76266)
Walter W. Cohen (PA Bar No. 12097)
Melissa M. Blanco (PA Bar No. 327659)
**OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP**
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
Telephone: (215) 665-3000
Mathieu.Shapiro@obermayer.com
Walter.Cohen@obermayer.com
Melissa.Blanco@obermayer.com

Kristine M. Brown (*Pro Hac Vice*)
Donald M. Houser (*Pro Hac Vice*)
Shifali Baliga (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com
Shifali.Baliga@alston.com

***Counsel for Defendants ExecuPharm, Inc.
and Parexel International Corp.***

Dated:  November 1, 2022

**<u>CERTIFICATE OF SERVICE</u>**

      I, Mathieu J. Shapiro, hereby certify that I electronically filed a true and correct copy of

the foregoing with the Clerk of Courts, via CM/ECF, which will send notification of the filing to

all counsel of record.

Date:  November 1, 2022                      *<u>/s/ Mathieu J. Shapiro</u>*
                                                  Mathieu J. Shapiro