## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNIFER CLEMENS,

          *Plaintiff*,

    v.

EXECUPHARM, INC., et al.,

          *Defendants*.

CIVIL ACTION
NO. 20-03383

### ORDER

**AND NOW**, this 2nd day of November, 2022, upon consideration of the parties'
Joint Motion to Stay Litigation Pending Settlement Discussions (ECF 35), it is hereby
**ORDERED** that the Motion is **DENIED**.  Defendants Execupharm, Inc. and Parexel
International Corp. shall file their reply brief on or before **Monday, December 5,
2022.**

It is further **ORDERED** that the parties must provide the Court with a status
update on or before **Monday, December 5, 2022.**

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.