# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EXECUPHARM, INC., and PAREXEL INTERNATIONAL CORP.<br><br>Defendants. | Case No. 2:20-cv-03383 |

## JOINT STATUS REPORT

Plaintiff Jennifer Clemens and Defendants ExecuPharm, Inc. and Parexel International Corp. (collectively, "the Parties") respectfully submit this Joint Status Report.

On January 23, 2023, the Parties participated in a mediation with JAMS mediator Robert A. Meyer, Esquire. The Parties were unable to reach a resolution. Given the posture of this case, Plaintiff respectfully requests that the Court schedule a preliminary pretrial conference at the Court's earliest convenience.

DATED: January 26, 2023              Respectfully submitted,

                                     */s/ Mathieu J. Shapiro*
                                     Mathieu J. Shapiro (PA Bar No. 76266)
                                     Walter W. Cohen (PA Bar No. 12097)
                                     OBERMAYER REBMANN MAXWELL
                                     & HIPPEL LLP
                                     Centre Square West
                                     1500 Market Street, Suite 3400
                                     Philadelphia, PA 19102-2101
                                     Telephone: 215 665-3000
                                     Mathieu.shapiro@obermayer.com
                                     Walter.cohen@obermayer.com

Kristine M. Brown (admitted *Pro Hac Vice*)
Donald M. Houser (admitted *Pro Hac Vice*)
Shifali Baliga (admitted *Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com
Shifali.Baliga@alston.com

*Counsel for Defendants ExecuPharm, Inc. and Parexel International Corp.*

/s/ *Mark S. Goldman*
Mark S. Goldman (PA Bar No. 48049)
**GOLDMAN SCARLATO & PENNY, P.C.**
161 Washington Street, Suite 1025
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
goldman@lawgsp.com

Norman E. Siegel (admitted *Pro Hac Vice*)
J. Austin Moore (admitted *Pro Hac Vice*)
Caleb J. Wagner (admitted *Pro Hac Vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

*Counsel for Plaintiff and the Proposed Classes*