IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS,<br><br>    *Plaintiff,*<br><br>v.<br><br>EXECUPHARM, INC., et al.,<br><br>    *Defendants.* | CIVIL ACTION<br><br>NO. 20-3383 |

## ORDER

**AND NOW**, this 22nd day of June 2023, upon consideration of Defendants' Second Motion to Dismiss (ECF 33), Clemens's Response (ECF 34) and Defendants' Reply (ECF 38), it is hereby **ORDERED**:

1. the Motion is **GRANTED in part** and **DENIED in part** for the reasons explained in the accompanying Memorandum;

2. Counts Two, Five, Six and all claims against Paraxel are **DISMISSED without prejudice**; and

3. Clemens may amend her Complaint with respect to the dismissed claims no later than July 13, 2023.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.