IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES
PENDING SETTLEMENT DISCUSSIONS**

Plaintiff Jennifer Clemens and Defendant ExecuPharm, Inc. (collectively, the "Parties")[1] respectfully move the Court for a limited extension of certain deadlines in this action to allow the Parties to continue settlement discussions that may resolve this action in its entirety. In support of this Motion, the Parties state as follows:

1. On June 22, 2023, the Court issued an Order (Dkt. No. 42) granting in part and denying in part Defendants' Second Motion to Dismiss (Dkt. No. 33), and setting a deadline of July 13, 2023, for Plaintiff to amend her complaint.

2. Plaintiff has informed Defendant that she intends to file an amended complaint.

---

[1] Defendant Parexel International Corporation was dismissed from this action on June 22, 2023. *See* Dkt. No. 41 (the Court's Memorandum dismissing all claims against Parexel).

1

3.     The Parties are discussing potential resolution of this action and, to allow those discussions to continue, request that the Court extend the deadlines for Plaintiff to amend her complaint and Defendant to respond as follows:

      a.     Plaintiff's amended complaint is due August 7, 2023; and

      b.     Defendant's response to the amended complaint is due September 6, 2023.

4.     Considering Plaintiff's intent to file an amended complaint, the Parties agree and respectfully submit that no answer is required to the initial complaint.

5.     Good cause exists for the Parties' request as (1) judicial economy favors extending these upcoming deadlines while settlement negotiations are ongoing, and there is no reason to expend the Court's time and resources to litigation that may very well be resolved by the Parties; and (2) the Parties are assessing the impact of the Court's Order on the claims and defenses available to them on a going forward basis.  There are also no upcoming deadlines for dispositive motions or other trial deadlines.

For these reasons, the Parties respectfully move the Court to (1) extend the deadline for Plaintiff to amend her complaint until August 7, 2023; (2) set a deadline for Defendant to respond to the amended complaint by September 6, 2023; and (3) suspend the deadline for Defendant to otherwise answer Plaintiff's initial complaint.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

/s/ Mark S. Goldman
Mark S. Goldman (Bar No. 48049)
GOLDMAN, SCARLATO &
    PENNY, P.C.
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Tel.: (484) 342-0700
goldman@lawgsp.com

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

*Counsel for Plaintiff and the Proposed Classes*

Date:  June 28, 2023

/s/ Mathieu J. Shapiro
Mathieu J. Shapiro (Bar No. 76266)
Walter W. Cohen (Bar No. 12097)
Melissa M. Blanco (Bar No. 327659)
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel.: (215) 665-3000
Mathieu.Shapiro@obermayer.com
Walter.Cohen@obermayer.com
Melissa.Blanco@obermayer.com

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
Shifali Baliga (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com
Shifali.Baliga@alston.com

*Counsel for Defendants ExecuPharm, Inc. and Parexel International Corp.*

4881-4148-9261 v1

## CERTIFICATE OF SERVICE

I certify that on June 28, 2023, I electronically filed the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mathieu J. Shapiro*
Mathieu J. Shapiro

4881-4148-9261 v1