IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

## ORDER

**AND NOW**, this  27th  day of June 2023, upon consideration of the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file her amended complaint on or before August 7, 2023. Defendant shall respond to the amended complaint on or before September 6, 2023. Defendant's deadline to otherwise answer Plaintiff's initial complaint is suspended.

BY THE COURT:


 */s/ Gerald J. Pappert*
**GERALD J. PAPPERT, U.S.D.J.**