IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

**[PROPOSED] ORDER**

**AND NOW,** on this _____ day of August 2023, upon review is the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions and for good cause shown, the Court **GRANTS** the Motion. Plaintiff shall file her amended complaint on or before September 6, 2023. Defendant shall respond to the amended complaint on or before October 6, 2023.

**IT IS SO ORDERED.**

_____
Hon. Gerald J. Pappert
United States District Court
Eastern District of Pennsylvania

4870-4775-2052 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES
PENDING SETTLEMENT DISCUSSIONS**

Plaintiff Jennifer Clemens and Defendant ExecuPharm, Inc. (collectively, the "Parties")[1] respectfully move the Court for a limited extension of certain deadlines in this action to allow the Parties to continue settlement discussions that may resolve this action in its entirety. In support of this Motion, the Parties state as follows:

1. On June 28, 2023, the Court issued an Order (Dkt. No. 44) granting the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions (Dkt. No. 43), and setting a deadline of August 7, 2023, for Plaintiff to amend her complaint and a deadline of September 6, 2023, for Defendant to respond to the

---

[1] Defendant Parexel International Corporation was dismissed from this action on June 22, 2023. *See* Dkt. No. 41 (the Court's Memorandum dismissing all claims against Parexel).

1

amended complaint. The Court further suspended Defendant's deadline to otherwise answer Plaintiff's initial complaint.

2. Plaintiff intends to file an amended complaint.

3. The Parties are engaged in productive settlement discussions, which have included numerous email exchanges as well as a telephonic discussion. As a result, the Parties have made significant progress toward a possible resolution.

4. To allow those discussions to continue, the Parties request that the Court extend the deadlines for Plaintiff to amend her complaint and Defendant to respond as follows:

   a. Plaintiff's amended complaint is due on or before September 6, 2023; and

   b. Defendant's response to the amended complaint is due on or before October 6, 2023.

5. Good cause exists for the Parties' request as judicial economy favors extending these upcoming deadlines while settlement negotiations are ongoing, and there is no reason to expend the Court's time and resources to litigation that may very well be resolved by the Parties (particularly given these discussions are productive and progressing);

6. There are also no upcoming deadlines for dispositive motions or other trial deadlines.

For these reasons, the Parties respectfully move the Court to (1) extend the deadline for Plaintiff to amend her complaint until September 6, 2023; (2) set a deadline for Defendant to respond to the amended complaint by October 6, 2023.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

/s/ *Mark S. Goldman*
Mark S. Goldman (Bar No. 48049)
GOLDMAN, SCARLATO &
    PENNY, P.C.
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Tel.: (484) 342-0700
goldman@lawgsp.com

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

*Counsel for Plaintiff and the Proposed Classes*

Date:  August 2, 2023

/s/ *Mathieu J. Shapiro*
Mathieu J. Shapiro (Bar No. 76266)
Walter W. Cohen (Bar No. 12097)
Melissa M. Blanco (Bar No. 327659)
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel.: (215) 665-3000
Mathieu.Shapiro@obermayer.com
Walter.Cohen@obermayer.com
Melissa.Blanco@obermayer.com

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
Shifali Baliga (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com
Shifali.Baliga@alston.com

*Counsel for Defendants ExecuPharm, Inc. and Parexel International Corp.*

4870-4775-2052 v1

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2023, I electronically filed the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mathieu J. Shapiro*
Mathieu J. Shapiro

4870-4775-2052 v1