## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

## ORDER

**AND NOW,** on this __2nd__ day of August 2023, upon review of the Parties' Joint Motion to Extend Certain Deadlines Pending Settlement Discussions (ECF 45) and for good cause shown, the Court **GRANTS** the Motion. Plaintiff shall file her amended complaint on or before September 6, 2023. Defendant shall respond to the amended complaint on or before October 6, 2023.

**IT IS SO ORDERED.**

_/s/ Gerald J. Pappert_
Gerald J. Pappert, U.S.D.J.