IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>Defendant. | No. 2:20-cv-03383 |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES
PENDING SETTLEMENT DISCUSSIONS**

Plaintiff Jennifer Clemens and Defendant ExecuPharm, Inc. (collectively, the "Parties")[1] respectfully move the Court for a limited extension of certain deadlines in this action to allow the Parties to continue settlement discussions that may resolve this action in its entirety. In support of this Motion, the Parties state as follows:

1. On August 2, 2023, the Court issued an Order (Dkt. No. 46) granting the Parties' Second Joint Motion to Extend Certain Deadlines Pending Settlement Discussions (Dkt. No. 45), and setting a deadline of September 6, 2023, for Plaintiff to amend her complaint and a deadline of October 6, 2023, for Defendant to respond

---

[1] Defendant Parexel International Corporation was dismissed from this action on June 22, 2023. *See* Dkt. No. 41 (the Court's Memorandum dismissing all claims against Parexel).

1

to the amended complaint. The Court further suspended Defendant's deadline to otherwise answer Plaintiff's initial complaint.

2. Over the last 30 days, the Parties have made significant progress towards settlement and anticipate they will be in a position to either reach an agreement on materials terms or decide that settlement is not possible within the next 30 days.

3. Accordingly, the Parties seek to continue pending deadlines an additional 30 days to accommodate the Parties' ongoing settlement discussions. The Parties respectfully request that the Court extend the deadlines for Plaintiff to amend her complaint and Defendant to respond as follows:

    a. Plaintiff's amended complaint is due on or before October 6, 2023; and

    b. Defendant's response to the amended complaint is due on or before November 6, 2023.

4. If the Parties are able to reach an agreement on material terms, the Parties anticipate submitting a joint status report to the Court setting forth a proposed schedule relating to settlement prior to Plaintiffs' amendment deadline.

5. Good cause exists for the Parties' request as judicial economy favors extending these upcoming deadlines while settlement negotiations are ongoing, and there is no reason to expend the Court's time and resources to litigation that may

very well be resolved by the Parties (particularly given these discussions are productive and progressing).

For these reasons, the Parties respectfully move the Court to (1) extend the deadline for Plaintiff to amend her complaint until October 6, 2023; (2) set a deadline for Defendant to respond to the amended complaint by November 6, 2023.

[SIGNATURE BLOCK ON NEXT PAGE]

4892-7835-6606 v1

Respectfully submitted,

/s/ *Mark S. Goldman*
Mark S. Goldman (Bar No. 48049)
GOLDMAN, SCARLATO &
    PENNY, P.C.
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Tel.: (484) 342-0700
goldman@lawgsp.com

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

*Counsel for Plaintiff and the Proposed Classes*

/s/ *Mathieu J. Shapiro*
Mathieu J. Shapiro (Bar No. 76266)
Walter W. Cohen (Bar No. 12097)
Melissa M. Blanco (Bar No. 327659)
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel.: (215) 665-3000
Mathieu.Shapiro@obermayer.com
Walter.Cohen@obermayer.com
Melissa.Blanco@obermayer.com

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
Shifali Baliga (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com
Shifali.Baliga@alston.com

*Counsel for Defendants ExecuPharm, Inc. and Parexel International Corp.*

Date: September 5, 2023

4

4892-7835-6606 v1