**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JENNIFER CLEMENS,

                  *Plaintiff,*

    v.

EXECUPHARM, INC., et al.,

                  *Defendants.*

CIVIL ACTION

NO. 20-3383

**ORDER**

    **AND NOW**, this 5th day of September 2023, upon consideration of the Joint Motion to Extend Certain Deadlines Pending Settlement Discussions (ECF 47), it is hereby **ORDERED** that the Motion is **DENIED**.

                    BY THE COURT:

                    ***/s/ Gerald J. Pappert***
                    GERALD J. PAPPERT, J.