IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUPHARM, INC. and PARAXEL INTERNATIONAL CORP.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 20-3383 |

# ORDER

**AND NOW**, this 18th day of January 2024, upon consideration of Clemens's Amended Complaint (ECF No. 49), ExecuPharm's Third Motion to Dismiss (ECF No. 50), Clemens's Response (ECF No. 51), and ExecuPharm's Reply (ECF No. 52), it is **ORDERED** that:

1. The Motion is **GRANTED** for the reasons explained in the accompanying Memorandum.

2. Counts IV and V are **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.