IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXECUPHARM, INC.,<br><br>　　　　Defendant. | Case No. 2:20-cv-03383 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jennifer Clemens ("Plaintiff") and Defendant ExecuPharm, Inc. ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby give notice that the Parties have reached an agreement in principle and state as follows:

　　1.　　On February 12, 2024, the Parties reached an agreement in principle to settle the above-captioned action.

　　2.　　The Parties are in the process of drafting a formal settlement agreement and preparing the ancillary documents that will be presented to the Court in connection with a motion seeking preliminary approval of the settlement (the "Preliminary Approval Motion").

　　3.　　The Parties have agreed to use all reasonable efforts to promptly finalize and execute the formal settlement agreement.

　　4.　　Plaintiff will file the Preliminary Approval Motion promptly after the settlement is finalized and the formal settlement agreement is fully executed, but no later than sixty (60) days after the filing of this Joint Notice of Settlement.

4886-2449-6037

5. In light of the Parties' agreement to settle this action, further litigation activities at this stage would be an inefficient use of the Court's and the Parties' time and resources.

6. Accordingly, the Parties respectfully request that the Court enter an order staying this action in its entirety, and vacating all current dates and deadlines, including the Pretrial Conference currently scheduled for February 22, 2024. A proposed order is attached herewith.

Dated: February 13, 2024

/s/ Mark S. Goldman
Mark S. Goldman (Bar No. 48049)
GOLDMAN, SCARLATO &
    PENNY, P.C.
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Tel.: (484) 342-0700 goldman@lawgsp.com

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

*Counsel for Plaintiff and the Proposed Classes*

/s/ Mathieu J. Shapiro
Mathieu J. Shapiro (Bar No. 76266)
Walter W. Cohen (Bar No. 12097)
Melissa M. Blanco (Bar No. 327659)
OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel.: (215) 665-3000
Mathieu.Shapiro@obermayer.com
Walter.Cohen@obermayer.com
Melissa.Blanco@obermayer.com

Kristine M. Brown (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Kristy.Brown@alston.com
Donald.Houser@alston.com

*Counsel for Defendant ExecuPharm, Inc.*