IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUPHARM, INC. and PARAXEL INTERNATIONAL CORP.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 20-3383 |

## ORDER

**AND NOW**, this 15th day of February 2024, given the parties' Joint Notice of Settlement (ECF 59), the pretrial conference scheduled for February 22 (ECF 58) is **CANCELLED**.

The parties shall finalize their settlement and file their Motion for Preliminary Approval on or before Friday, March 15, 2024.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.