IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER CLEMENS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>EXECUPHARM, INC.,<br><br>  Defendant. | Case No. 2:20-cv-03383 |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO RULE 23(e)**

Plaintiff Jennifer Clemens respectfully submits this motion for an order (1) granting final approval of the Settlement as fair, reasonable, and adequate under Rule 23(e)(2); (2) certifying the Settlement Class for purposes of judgment on the proposal; (3) granting Class Counsel's Unopposed Motion for an Award of Attorneys' Fees and Expenses and for a Service Award to Plaintiff; and (4) entering final judgment after the Final Approval Hearing. This motion is not opposed by Defendant ExecuPharm, Inc.

In support of this Motion, Plaintiff submits herewith a supporting Memorandum of Law, the Declaration of Christopher Leung on behalf of Simpluris, Inc. addressing the implementation and adequacy of the notice plan and settlement claims process, and a Proposed Order and Proposed Final Judgment for the Court's consideration.

Dated: September 16, 2024                    Respectfully submitted,

/s/ *J. Austin Moore*
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
wagner@stuevesiegel.com

Mark S. Goldman (PA Bar No. 48049)
**GOLDMAN SCARLATO & PENNY, P.C.**
161 Washington Street, Suite 1025
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
goldman@lawgsp.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:    /s/ *J. Austin Moore*
       **ATTORNEY FOR PLAINTIFF**