IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jennifer Clemens, individually and on behalf of all others similarly situated, <br><br>　　　　　*Plaintiff,* <br><br>　　v. <br><br> ExecuPharm, Inc., <br><br>　　　　　*Defendant.* | CIVIL ACTION <br> NO. 20-3383 |

### ORDER AND JUDGMENT

**AND NOW**, this 1st day of October 2024, pursuant to Rule 58 and consistent with the accompanying Order Certifying Class, Approving Class Action Settlement, and Awarding Attorneys' Fees and Service Award, it is **ORDERED** that the Clerk of Court shall enter final judgment on and dismiss the above-captioned Action and Released Claims on the merits and with prejudice as to the following Settlement Class:

> All residents of the United States whose Personal Information was accessed, impacted, compromised, exfiltrated, or stolen as a result of the Data Breach. Excluded from the Settlement Class are (i) ExecuPharm, and ExecuPharm's board of directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Action and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the Settlement.

The Settlement Class Representative and the Settlement Class Members are hereby permanently enjoined from filing, prosecuting, maintaining, or continuing litigation based on or related to the Released Claims. Each party shall bear their own fees and costs except as provided for in the Settlement Agreement.

Without affecting the finality of this Order and Judgment, this Court retains jurisdiction over this action and the parties to administer, supervise, interpret, and

enforce the Settlement Agreement, the Court's Order Certifying Class, Approving Class Action Settlement, and Awarding Attorneys' Fees and Service Award, and this Final Judgment.

There is no just reason for delay in directing entry of a Final Judgment and immediate entry by the Clerk of the Court is expressly directed. This Clerk of Court shall terminate all pending motions and close this case.

                                            BY THE COURT:


                                            ***/s/ Gerald J. Pappert***
                                            Gerald J. Pappert, J.